In the Matter of PUBLIC SERVICE COMMISSION, Respondent, against NEW YORK CENTRAL RAILROAD COMPANY, Appellant.

Argued April 22, 1937; decided May 25, 1937.

*Kenneth Creble* for appellant.

*Gay H. Brown, Sherman C. Ward, Sidney Kabalkin* and *Laurence J. Olmsted* for respondent.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHAN, FINCH and RIPPEY, JJ.